# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WOLF RUN HOLLOW, LLC, | § | |
| | § | Civil Action No. 2:14-cv-25 |
| *Plaintiff,* | § | (Lead Case) |
| | § | |
| v. | § | |
| | § | |
| KOHL'S DEPARTMENT STORES, | § | JURY TRIAL DEMANDED |
| INC., et al. | § | |
| | § | |
| *Defendants.* | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Wolf Run Hollow, LLC and all Defendants in this consolidated case, which includes Kohl's Department Stores, Inc., Euromarket Designs, Inc. d/b/a Crate & Barrel, Target Corporation, and Williams-Sonoma, Inc., hereby notify the Court that all matters in controversy between the parties have been settled, in principle. All parties respectfully request that this Court stay all deadlines in the Docket Control Order (Dkt. 42) in this consolidated case until August 22, 2014, so that appropriate dismissal papers may be submitted.

Date:  July 25, 2014

Respectfully submitted,

| | |
|---|---|
| By: */s/ Austin Hansley*_____ | By:  */s/ R. William Beard, Jr.*_____ |
| **AUSTIN HANSLEY P.L.L.C.** | R. William Beard, Jr. |
| Austin Hansley | State Bar No. 00793318 |
| Texas Bar No.: 24073081 | **KING & SPALDING LLP** |
| 5050 Quorum Dr. Suite 700 | 401 Congress Avenue, Suite 3200 |
| Dallas, Texas 75254 | Austin, TX  78701 |
| Telephone: (469) 587-9776F | Tel: 512-457-2026 |
| Facsimile: (855) 347-6329 | Fax: 512-457-2100 |
| Email:*Austin@TheTexasLawOffice.com* | Email: wbeard@kslaw.com |
| www.TheTexasLawOffice.com | www.kslaw.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |
| **WOLF RUN HOLLOW, LLC** | **KOHL'S DEPARTMENT STORES, INC., EUROMARKET DESIGNS, INC. D/B/A CRATE & BARREL, TARGET CORPORATION, AND WILLIAMS-SONOMA, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-59(a) on this the 25th day of July 2014.

                */s/ R. William Beard, Jr.*
                R. William Beard, Jr.