IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **WOLF RUN HOLLOW, LLC,** <br><br> **Plaintiff,** <br><br> V. <br><br> **KOHL'S DEPARTMENT STORES, INC. ET. AL.** <br><br> **Defendant.** | CASE NO. 2:14-CV-25 <br> (LEAD CASE) <br><br> CASE NO. 2:14-CV-25 <br> (CONSOLIDATED CASE) <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Wolf Run Hollow, LLC, pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves for an order dismissing all claims against Defendant Target Corporation in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 21, 2014

Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone: (469) 587-9776
Facsimile: (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF WOLF RUN HOLLOW, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on August 21, 2014.

*/s/ Austin Hansley*
Austin Hansley